Opinion filed February 15, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed February 15, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00010-CV 

                                                    __________

 

        TXU
ELECTRIC DELIVERY COMPANY F/K/A ONCOR ELECTRIC

                                   DELIVERY
COMPANY, Appellant

                                                             V.

                       GRADY
HINKLE AND RITA HINKLE, Appellees

 



 

                                         On
Appeal from the 106th District Court

                                                         Dawson
 County, Texas

                                              Trial
Court Cause No. 04-05-17017

 



 

                                             M
E M O R A N D U M   O P I N I O N

The trial court signed its order on November 29,
2006.  TXU Electric Delivery Company
f/k/a Oncor Electric Delivery Company timely filed
both a notice of appeal and a motion for new trial.  On January 31, 2007, the trial court signed
an order granting the motion and vacating its November 29, 2006 order.

Therefore, this appeal is dismissed for want of
jurisdiction.

 

February
15, 2007                                                                   PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.